1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DERRICK L. JOHNSON,                     No.  1:23-cv-01124-KES-SAB (PC)

12            Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS TO DISMISS
13        v.                                 ACTION FOR FAILURE TO COMPLY WITH
                                             COURT ORDERS AND FAILURE TO
14   SUPERIOR COURT OF CALIFORNIA            PROSECUTE
     KINGS COUNTY, et al.,
15                                           (Doc. 9)
              Defendants.
16

17

18        Plaintiff Derrick L. Johnson is proceeding pro se and in forma pauperis in this action filed

19   pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On December 5, 2023, the assigned magistrate judge issued Findings and

22   Recommendations, recommending this action be dismissed without prejudice for failure to

23   comply with court orders and failure to prosecute.  (Doc. 9.)  Those Findings and

24   Recommendations were served on Plaintiff and contained notice that any objections thereto were

25   to be filed within fourteen (14) days after service.  *Id.*  No objections have been filed and the time

26   to do so has passed.

27        In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court has conducted a de

28   novo review of the case.  Having carefully reviewed the entire file, the Court concludes that the

                                             1

1   Findings and Recommendations are supported by the record and by proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.      The Findings and Recommendations issued on December 5, 2023, (Doc. 9), are

4   ADOPTED IN FULL;

5          2.      This action is DISMISSED, without prejudice, for failure to comply with court

6   orders and failure to prosecute; and

7          3.      The Clerk of the Court shall terminate any pending motions and close this case.

8

9

10   IT IS SO ORDERED.

11      Dated:   __March 28, 2024__                    _____

12                                                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2